STATE OF CONNECTICUT *v.* RONALD ALBERT

The defendant's petition for certification for appeal from the Appellate Court, 50 Conn. App. 715 (AC 15490), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court correctly instructed the jury regarding the meaning of 'sexual intercourse' under the facts of this case?"

NORCOTT and KATZ, Js., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16059.

*Suzanne Zitser,* assistant public defender, in support of the petition.

*Carolyn K. Longstreth,* assistant state's attorney, in opposition.

Decided January 4, 1999